IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SHERI E. DANIELS**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:05-CV-1543-L** |
| | § | |
| **MICHAEL J. ASTRUE,** | § | |
| **COMMISSIONER OF THE SOCIAL** | § | |
| **SECURITY ADMINISTRATION**, | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed August 11, 2008. No objections were filed.

The magistrate judge recommends that the court grant Plaintiff's Motion for Attorney Fees and Court Costs under the Equal Access to Justice Act, filed June 9, 2008, and Plaintiff's Motion to Amend Plaintiff's Motion for Attorney Fees and Cou[r]t Costs under the Equal Access to Justice Act to Include Additional Attorney Services Required to Litigate Such Motion, filed July 10, 2008.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court **grants** Plaintiff's Motion for Attorney Fees and Court Costs under the Equal Access to Justice Act and **grants** Plaintiff's Motion to Amend Plaintiff's Motion for Attorney Fees and Cou[r]t Costs under the Equal Access to Justice Act to Include Additional Attorney Services Required to Litigate

Such Motion. The court hereby **awards** Plaintiff $9,082.06 for 56.4 hours of attorney services, $304.60 for costs, and $41.28 for expenses.

    **It is so ordered** this 2nd day of September, 2008.

_____
Sam A. Lindsay
United States District Judge